RECEIVED
U.S. MARSHALS SERVICE
2021 APR 30  AM 7:55
WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CELINDA COX/SCOTT BOYD | 1:21-cv-00270-LY-AWA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES- Region 7 et. al | CIVIL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kristen Harris
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1104 W. Buchanan Dr., Burnet, Texas 78611

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Celinda Cox/Scott Boyd
675 Narrows Rd.
Blanco, Texas 78606

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:
*Christina Cordero*
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER
DATE: 4/29/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 080 | District to Serve No. 86 | Signature of Authorized USMS Deputy or Clerk | Date 4/30/21 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jeffry S. UNK Agent

Date 5/17/21   Time 2:77 [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
GABRIEL RODRIGUEZ

Costs shown on attached USMS Cost Sheet >>

REMARKS: 5/13/21 mailcm CRT/RTN RECIEPT 7017 2620 0000 1383 9537
USPS mailed 5/13/21  1-90z
$65

FILED 21 JUN -8 PM 12:35
CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

Form USM-285
Rev. 01/21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article

    Kristen Harris
    1104 W. Buchanan Dr.
    Burnet, TX 78611

    9590 9402 5314 9154 3531 64

2. Article Number *(Transfer from service label)*

    7017 2620 0000 1383 9537

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Jeffrey S...*
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail Express®
   ☑ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt